```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 25262
   GLADYS J BROWN
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3302

------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/07/2004 and was confirmed 09/20/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/07/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
US BANK                    SECURED             400.00         9.99         400.00
CITIBANK                   NOTICE ONLY     NOT FILED           .00            .00
DISCOVER BANK              NOTICE ONLY     NOT FILED           .00            .00
BANK ONE                   UNSEC W/INTER  NOT FILED            .00            .00
ROUNDUP FUNDING LLC        UNSEC W/INTER    1597.37         189.32        1159.68
ROUNDUP FUNDING LLC        UNSEC W/INTER    1321.11         156.58         959.12
CAPITAL ONE BANK           UNSEC W/INTER    1462.14         173.42        1061.46
SHERMAN ACQUISITION        UNSEC W/INTER     818.09          97.04         593.91
BANK ONE FIRST CARD        NOTICE ONLY     NOT FILED           .00            .00
ROUNDUP FUNDING LLC        UNSEC W/INTER    1193.05         141.43         866.15
DISCOVER FINANCIAL SERVI   UNSEC W/INTER    3106.22         368.12        2255.10
FIRST USA                  UNSEC W/INTER   NOT FILED           .00            .00
BANK ONE                   NOTICE ONLY     NOT FILED           .00            .00
ISAC                       NOTICE ONLY     NOT FILED           .00            .00
RESURGENCE FINANCIAL LLC   NOTICE ONLY     NOT FILED           .00            .00
BAKER MILLER MARKOFF & K   NOTICE ONLY     NOT FILED           .00            .00
CACV OF COLORADO DIRECT    NOTICE ONLY     NOT FILED           .00            .00
UNIVERSITY OF IL CHGO ME   NOTICE ONLY     NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER     209.30          74.67         209.30
SHERMAN ACQUISITION        UNSEC W/INTER     697.33          79.42         508.19
RESURGENCE FINANCIAL LLC   NOTICE ONLY     NOT FILED           .00            .00
PROVIDIAN                  NOTICE ONLY     NOT FILED           .00            .00
US DEPT OF EDUCATION       UNSEC W/INTER    2468.46         292.52        1792.07
UNIVERSITY OF ILLINOIS H   UNSEC W/INTER   NOT FILED           .00            .00
WALMART                    NOTICE ONLY     NOT FILED           .00            .00
CAPITAL ONE                NOTICE ONLY     NOT FILED           .00            .00
BANK ONE                   NOTICE ONLY     NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSEC W/INTER     715.40          84.96         519.33
RESURGENCE FINANCIAL LLC   UNSEC W/INTER    5410.09         562.57        3932.94
LEGAL HELPERS PC           DEBTOR ATTY      1,900.00                      1,900.00
TOM VAUGHN                 TRUSTEE                                        1,133.71
DEBTOR REFUND              REFUND                                             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 25262 GLADYS J BROWN
```

Summary of Receipts and Disbursements:

```
                         RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 19,521.00

PRIORITY                                           .00
SECURED                                         400.00
    INTEREST                                      9.99
UNSECURED                                    13,857.25
    INTEREST                                  2,220.05
ADMINISTRATIVE                                1,900.00
TRUSTEE COMPENSATION                          1,133.71
DEBTOR REFUND                                      .00
                        ---------------   ---------------
TOTALS                  19,521.00            19,521.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 10/23/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                             PAGE   2
          CASE NO. 04 B 25262 GLADYS J BROWN